# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| ANTHONY D. ROBERTY,<br><br>      Petitioner,<br><br>vs.<br><br>STATE OF MONTANA;<br>ATTORNEY GENERAL OF THE<br>STATE OF MONTANA,<br><br>      Respondents. | No. CV-11-56-BU-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] On December 21, 2011. Petitioner filed Objections[2] on January 4, 2012. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 5.

[2] Document No. 6. Petitioner also attached Citation of Authorities to Objections.

Upon *de novo* review of the record, and full consideration of the objections, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Petition[3] is DISMISSED for failure to state a claim.

2. A certificate of appealability is DENIED.

3. The Clerk of Court is directed to close this matter and enter judgment in favor of Respondents and against Petitioner.

DATED this 5th day of January, 2012.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3]Document No. 1.